### SOUTHERN RAILWAY COMPANY *v.* ADKINS.

LUMPKIN, P. J. The plaintiff's prima facie right to recover for the killing of his mule depended entirely upon the presumption of negligence raised by law against the company. This being so, and that presumption having been overcome by direct, positive, and uncontradicted testimony introduced in behalf of the defendant, the verdict against it was manifestly wrong, and the trial court erred in not setting the same aside.

　　　　　　　　*Judgment reversed.　All the Justices concurring.*

Argued October 15,—Decided November 7, 1901.

Action for damages. Before Judge Henry. Floyd superior court. January 28, 1901.

*Shumate & Maddox, G. A. H. Harris & Son,* and *R. L. Chamlee,* for plaintiff in error. *Fouché & Fouché,* contra.